appurtenant to said premises.   From a judgment for plaintiff, defendants appeal.  Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and ANDREWS, JJ.

*J. C. Thomson,* for appellants.   *Geo. Zabriskie,* for respondent.

VAN BRUNT, P. J.   Upon an examination of the questions raised upon this appeal, we do not see any that have not been disposed of by this court adversely to the appellants.   The case of *Peyton* v. *Railway Co.,* (Sup.) 17 N. Y. Supp. 244, relied upon by the counsel for the appellants, is clearly distinguishable from the case at bar.   The judgment should be affirmed, with costs.

---

ROOSEVELT HOSPITAL, Respondent, *v.* NEW YORK EL. R. Co. *et al.,* Appellants.

(*Supreme Court, General Term, First Department.*   May 13, 1892.)

Appeal from special term, New York county.

Action by the Roosevelt Hospital as owner of eight lots of land on the west side of Ninth avenue, between Fifty-Eighth and Fifty-Ninth streets, in the city of New York, against the New York Elevated Railroad Company and the Manhattan Railway Company, to enjoin defendants from maintaining or using an elevated railroad structure in front of or adjacent to plaintiff's premises, and to require them to remove the same, until they shall have made proper and adequate compensation for the property and interests in the street on which plaintiff's premises abut, and in which defendant's structure is erected, and for the easements appurtenant to said premises. From a judgment for plaintiff, defendants appeal.   Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

*Edward C. James,* for appellants.   *J. E. Burrill,* for respondent.

PER CURIAM.   All of the questions which are presented upon this appeal have been disposed of in cases previously argued and determined in this court, and therefore it is unnecessary that there should be any further discussion thereof.   The judgment should be affirmed, with costs.

---

BOARD OF HEALTH *v.* VALENTINE.

(*Supreme Court, General Term, Second Department.*   December, 1891.)

Action by the board of health of the village of New Rochelle against Eugenia Valentine.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

No opinion.   Motion denied.   See 11 N. Y. Supp. 112; 14 N. Y. Supp. 941.

---

MCBRIDE *v.* ORANGE COUNTY R. CO.

(*Supreme Court, General Term, Second Department.*   December, 1891.)

Action by John McBride against the Orange County Railroad Company.

Argued before DYKMAN and PRATT, JJ.

No opinion.   Motion denied.   See 15 N. Y. Supp. 505.

---

EIGHME *v.* TOWNSEND.

(*Supreme Court, General Term, Second Department.*   December, 1891.)

Action by Edgar Eighme against Jacob Townsend.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

No opinion.   Motion for leave to appeal to court of appeals granted.   See 15 N. Y. Supp. 464.